IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION

CIVIL ACTION NO.: 7:12-cv-00201-D

| | |
|---|---|
| TONY DE'ANGELO LOCKLEAR, ) | |
| ) | |
| Plaintiff, ) | |
| ) | **ORDER GRANTING** |
| vs. ) | **DEFENDANTS' MOTION TO** |
| ) | **STAY DISCOVERY** |
| TOWN OF PEMBROKE, NORTH CAROLINA, ) | |
| *et al.;* ) | |
| ) | |
| Defendants. ) | |
| ) | |

This cause being heard by the undersigned on Defendants' Motion to Stay Discovery made pursuant to Local Rule 7.1 and Rule 7(b) and 26(c) of the Federal Rules of Civil Procedure;

It appearing to the Court that there is good cause for the granting of this Motion; and that the Motion should be allowed:

IT IS HEREBY ORDERED that all discovery is stayed in this matter including, but not limited to, a stay of the requirements to conduct an initial pretrial conference, submit a discovery plan, and provide initial disclosures as mandated by Rules 26(f) and 26(a)(1) of the Federal Rules of Civil Procedure pending ruling on Defendants' Motion to Dismiss.

SO ORDERED. This 26 day of September 2012.

JAMES C. DEVER III
Chief United States District Judge