AO 450 (Rev. 5/85)

# United States District Court
EASTERN DISTRICT OF NORTH CAROLINA
**SOUTHERN DIVISION**

| | |
|---|---|
| TONY DE'ANGELO LOCKLEAR, ) | |
| ) | |
| Plaintiff, ) | |
| ) | **JUDGMENT IN A CIVIL CASE** |
| v. ) | **CASE NO. 7:12-CV-201-D** |
| ) | |
| TOWN OF PEMBROKE, NORTH CAROLINA, ) | |
| DWAYNE HUNT, *former Acting Chief of Police* ) | |
| *for the Town of Pembroke, in his official and* ) | |
| *individual capacities,* MCDUFFIE CUMMINGS, ) | |
| *Town Manager of Pembroke, in his official and* ) | |
| *individual capacities,* MARIE MOORE, *Acting* ) | |
| *Town Manager, in her official capacities,* ) | |
| GREG CUMMINGS, RYAN SAMPSON, ) | |
| A.G. DIAL, LARRY BROOKS, *and* LARRY ) | |
| MCNEILL, *individually and as members or* ) | |
| *former members of the Town Council of* ) | |
| *Pembroke, North Carolina,* ) | |
| ) | |
| Defendants. ) | |

**Decision by the Court:**

IT IS ORDERED AND ADJUDGED that Plaintiff has failed to state a claim upon which relief can be granted. Accordingly, Defendants' Motion to Dismiss [D.E. 15] is GRANTED.

**THE ABOVE JUDGMENT WAS ENTERED TODAY**, <u>DECEMBER 26, 2012</u> WITH A COPY TO:

William L. Davis III (via CM/ECF Notice of Electronic Filing)
Paul Holscher (via CM/ECF Notice of Electronic Filing)


<u>December 26, 2012</u>   JULIE A. RICHARDS, Clerk
Date   Eastern District of North Carolina

   /s/ Debby Sawyer
   (By) Deputy Clerk

Raleigh, North Carolina